Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
**Dolman Law Group**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907

Sadi R. Antonmattei-Goitia (SBN 24091383)
*(Pro Hac Vice Forthcoming)*
sadi@kherkhergarcia.com
Yewkit Bernard Lo (SBN 24074606)
*(Pro Hac Vice Forthcoming)*
blo@kherkhergarcia.com
**Kherkher Garcia, LLP**
2925 Richmond Ave., Suite 1560
Houston TX 77098
Telephone: (713) 333-1030
Facsimile: (713) 333-1029

*Attorneys for Plaintiff John Doe B.C. and His Next Friend Jane Doe S.L*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE S.L., as Parent and Guardian and on behalf of minor plaintiff, JOHN DOE B.C., <br><br> Plaintiff, <br><br> v. <br><br> ROBLOX CORPORATION; and the FIRST DOE through ONE HUNDREDTH DOE, inclusive, <br><br> Defendants. | Case No: 4:25-cv-10333 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(A) (1)(A)(i)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff JANE DOE S.L., as Parent and Guardian and on behalf of minor plaintiff, JOHN DOE B.C., and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

1
2  Date: January 5, 2026                              Respectfully submitted,
3
4                                                     By: */s/ Sara D. Beller*
                                                      Sara D. Beller (SBN 316210)
5                                                     sara.beller@dolmanlaw.com
                                                      **Dolman Law Group**
6                                                     800 N. Belcher Rd.
                                                      Clearwater, FL 33765
7                                                     Telephone: (727) 451-6900
                                                      Facsimile: (727) 451-6907
8
9                                                     Sadi R. Antonmattei-Goitia (SBN 24091383)
                                                      *(Pro Hac Vice Forthcoming)*
10                                                    sadi@kherkhergarcia.com
                                                      Yewkit Bernard Lo (SBN 24074606)
11                                                    *(Pro Hac Vice Forthcoming)*
                                                      blo@kherkhergarcia.com
12                                                    **Kherkher Garcia, LLP**
                                                      2925 Richmond Ave
13                                                    Suite 1560
                                                      Houston TX 77098
14                                                    Telephone: (713) 333-1030
                                                      Facsimile: (713) 333-1029
15
16                                                    *Attorneys for Plaintiff John Doe B.C. and His Next
                                                      Friend Jane Doe S.L*
17
18
19
20
21
22
23
24
25
26
27
28

**CERTICATE OF SERVICE**

I hereby certify that on January 5, 2026, I electronically transmitted the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Sara D. Beller
Sara D. Beller